IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Paul Brice, | : | Bankruptcy No. 18-20886-CMB |
| Debtor, | : | |
| Paul Brice, | : | Chapter 7 |
| Movant, | : | |
| | : | Related to Document No. |
| v. | : | |
| Hometown Oxygen Pittsburgh LLC, | : | |
| Merian Health, | : | |
| SS Grover MD & Associates | : | |
| Respondents | : | |

**NOTICE REGARDING MODIFICATION TO MAILING MATRIX**

In accordance with Local Bankruptcy Rule 1007-1(f) I, David A Rice, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case regarding the filing of an amendment to the schedules:

Hometown Oxygen Pittsburgh, LLC
DBA Dynamic Healthcare Services
35 Sarheim Road
Harrisburg, PA  17112

Merian Health
1405 Xenium Lane North, Suite 140
Minneapolis, MN  55441

SS Grover MD & Associates
2640 Pitcairn Road
Monroeville, PA  15146

By:   /s/ David A Rice, Esq.
15 West Beau Street
Washington, PA  15301
ricelaw1@verizon.net
724-225-7270
PA  50329