IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In Re: | Paul Brice, | : | Bankruptcy No. 18-20886-CMB |
| | | : | |
| | Debtor, | : | |
| | Paul Brice, | : | Chapter 7 |
| | | : | |
| | Movant, | : | |
| | | : | Related to Document No. |
| | v. | : | |
| | Hometown Oxygen Pittsburgh LLC, | : | |
| | Merian Health, | : | |
| | SS Grover MD & Associates | : | |
| | | : | |
| | Respondents | : | |

**AMENDMENT COVER SHEET**

Amendment(s) to the following petition, list(s), schedule(s), or statement(s) are transmitted herewith:

\_\_\_\_\_   Voluntary Petition - *Specify reason for amendment*:

<u>Official Form 6 Schedules</u> (Itemization of Changes Must Be Specified)
\_\_\_\_\_   Summary of Schedules
\_\_\_\_\_   Schedule A - Real Property
\_\_\_\_\_   Schedule B - Personal Property
\_\_\_\_\_   Schedule C - Property Claimed as Exempt
\_\_\_\_\_   Schedule D - Creditors holding Secured Claims
        Check one:
        \_\_\_\_\_   Creditor(s) added
        \_\_\_\_\_   NO creditor(s) added
        \_\_\_\_\_   Creditor(s) deleted
\_\_\_\_\_   Schedule E - Creditors Holding Unsecured Priority Claims
        Check one:
        \_\_\_\_\_   Creditor(s) added
        \_\_\_\_\_   NO creditor(s) added
        \_\_\_\_\_   Creditor(s) deleted
\_XX\_   Schedule F - Creditors Holding Unsecured Nonpriority Claims
        Check one:
        \_XX\_   Creditor(s) added
        \_\_\_\_\_   NO creditor(s) added
        \_\_\_\_\_   Creditor(s) deleted
\_\_\_\_\_   Schedule G - Executory Contracts and Unexpired Leases
        Check one:
        \_\_\_\_\_   Creditor(s) added
        \_\_\_\_\_   NO creditor(s) added
        \_\_\_\_\_   Creditor(s) deleted
\_\_\_\_\_   Schedule H - Codebtors
\_\_\_\_\_   Schedule I - Current Income of Individual Debtor(s)
\_\_\_\_\_   Schedule J - Current Expenditures of Individual Debtor(s)
\_\_\_\_\_   Statement of Financial Affairs
\_\_\_\_\_   Chapter 7 Individual Debtor's Statement of Intention
\_\_\_\_\_   Chapter 11 List of Equity Security Holders
\_\_\_\_\_   Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims
\_\_\_\_\_   Disclosure of Compensation of Attorney for Debtor
\_\_\_\_\_   Other: _____

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Fed.R.Bankr.P. 1009(a) and Local Bankruptcy Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the U.S. Trustee, the trustee in this case, and to entities affected by the amendment as follows: by first class US mail.

Pamela Wilson, Trustee
810 Vermont Avenue
Pittsburgh, PA  15234

Office of US Trustee
1001 Liberty Avenue
Suite 970
Pittsburgh, PA  15222

Hometown Oxygen Pittsburgh, LLC
DBA Dynamic Healthcare Services
35 Sarheim Road
Harrisburg, PA  17112

Merian Health
1405 Xenium Lane North, Suite 140
Minneapolis, MN  55441

SS Grover MD & Associates
2640 Pitcairn Road
Monroeville, PA  15146

Date:   05/31/2018

/s/ David A. Rice, Esq.
Attorney for Debtor(s) [or *pro se* Debtor(s)]

David A Rice, Esq.
(Typed Name)

15 West Beau St., Washington, PA  15301
(Address)

724-225-7270
(Phone No.)

PA  50329
List Bar I.D. and State of Admission

Note: An amended matrix of creditors added by the amendment must be submitted on disk with the amendment. Attorneys filing electronically on the Case Management/Electronic Case Filing System may add creditors to the case electronically.