IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYVANIA

IN RE:

| | | |
|---|---|---|
| Paul Brice, | : | Bankruptcy No. 18-20886-CMB |
| | : | |
| Debtor, | : | |
| Paul Brice, | : | |
| | : | Chapter 7 |
| | : | |
| Movant, | : | |
| | : | Related to Document No. |
| v. | : | |
| Hometown Oxygen Pittsburgh LLC, | : | |
| Merian Health, | : | |
| SS Grover MD & Associates, | : | |
| | : | |
| Respondents. | : | |

**CERTFICATE OF SERVICE**

I hereby certify that I served a true and correct copy of the Order of Court dated May 31, 2018, the 341 hearing notice and the Amendment to Schedule F via first class US mail on May 31, 2018 upon the following:

Pamela Wilson, Trustee
810 Vermont Avenue
Pittsburgh, PA  15234

Office of US Trustee
1001 Liberty Avenue
Suite 970
Pittsburgh, PA  15222

Hometown Oxygen Pittsburgh, LLC
DBA Dynamic Healthcare Services
35 Sarheim Road
Harrisburg, PA  17112

Merian Health
1405 Xenium Lane North, Suite 140
Minneapolis, MN  55441

SS Grover MD & Associates
2640 Pitcairn Road
Monroeville, PA  15146

                                        Attorney for Movant:
                                        Rice & Associates Law Firm
                                        /s/ David A Rice, Esq.
                                        15 West Beau Street
                                        Washington, PA  15301
                                        724-225-7270
                                        ricelaw1@verizon.net
                                        PA ID#  50329